Anthony M. DIXON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 41646, WD 41708.

Missouri Court of Appeals,
Western District.

Oct. 31, 1989.

328

Rayond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeals from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).